67 F.3d 295
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Theron Johnny MAXTON, Plaintiff-Appellant,
v.
Vaughn JACKSON, Captain, MSU; Ronald Chapman, Officer, MSU;
Richard Bundrick, Grievance, MSU, Defendants-Appellees.
 No. 95-6627.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 21, 1995.
Decided: October 4, 1995.
 
 Theron Johnny Maxton, Appellant Pro Se.
 Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's dismissal without prejudice of his 42 U.S.C. Sec. 1983 (1988) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). Because Appellant may be able to cure the defects in his complaint through amendment, the district court's dismissal without prejudice is not a final order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir.1993).
 
 
 2
 Therefore, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED